[No. 21632-2-III.   Division Three.   November 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RHONNDA S. HARSHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 02-1-00300-9, Robert L. Zagelow, J., entered September 3, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 28758-7-II.   Division Two.   November 25, 2003.]

HELMUT JUNG, *Respondent*, v. DONALD ORTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-08459-1, Sergio Armijo and Katherine M. Stolz, JJ., entered April 26, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 28803-6-II.   Division Two.   November 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS McKAY BRYAN, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00779-8, David R. Draper and H. John Hall, JJ., entered May 3, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 28856-7-II.   Division Two.   November 25, 2003.]

THE CITY OF TACOMA, *Respondent*, v. SHIRLEY M. COFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-13242-9, Frank Cuthbertson and Bruce W. Cohoe, JJ., entered May 17, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Bridgewater, J.